

| | | |
|---|---|---|
| CAAP–13–00 00145 | State v. Wilhelm | Affirmed |

### June 29, 2015

| | | |
|---|---|---|
| CAAP–13–00 02063 | State v. Sunada | Vacated and Remanded |
| CAAP–14–00 01088 | Waialeale v. State | Dismissed |

### June 30, 2015

| | | |
|---|---|---|
| CAAP–12–00 00723 | Citibank (South Dakota), N.A. v. Thede | Affirmed |
| CAAP–12–00 00510 | Deutsche Bank Nat. Trust Co. v. Rosana | Affirmed |
| CAAP–14–00 00787, CAAP–14–00 00848 | Fisher v. State | Affirmed |
| CAAP–12–00 01000 | State v. Bieler | Affirmed |
| CAAP–12–00 01121 | State v. Davis | Affirmed |
| CAAP–13–00 02852 | State v. Gardner | Affirmed |
| CAAP–13–00 04433 | State v. Joseph | Affirmed |
| CAAP–12–00 00027 | State v. Montalvo | Affirmed |
| CAAP–13–00 03979 | State v. Pavlick | Affirmed |
| CAAP–14–00 00383 | State v. Takei | Vacated and Remanded |
| CAAP–12–00 00657 | Wells Fargo Bank, N.A. v. Pasion | Affirmed |

### July 1, 2015

| | | |
|---|---|---|
| CAAP–13–00 00888 | Cullen v. Perreira | Vacated and Remanded |

### July 8, 2015